UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RIAD M. SLEIT,

     Plaintiff,

v.                                                                    CASE NO: 8:07-cv-724-T-23TBM

RICOH CORPORATION,

     Defendant.

_____/

## <u>ORDER</u>

     Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred (Doc. 68)

the defendant's motions for judgment on the pleadings (Doc. 66) and for summary

judgment (Doc. 67) to the United States Magistrate Judge for a report and

recommendation.  Following an August 15, 2008, hearing (Doc. 107), the Magistrate

Judge issued a report and recommendation. (Doc.118) No party objects to the report,

and the time for filing objections has expired.

     Accordingly, the Magistrate Judge's report and recommendation (Doc. 118) is

**ADOPTED**.  The defendant's motion (Doc. 67) for summary judgment is **GRANTED**.

The defendant's motion (Doc. 66) for judgment on the pleadings and the plaintiff's

discovery motion (Doc. 100) are **DENIED AS MOOT**.  The Clerk is directed to (1) enter

judgment in favor of the defendant and against the plaintiff on each count of the third

amended complaint (Doc. 42), (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on November 4, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

xc:  Magistrate Judge